✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 3

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>SHANNON EVANS,<br><br>          Defendant. | Case No.: 2:12-CR-00419-RCJ<br><br>CONSENT OF DEFENDANT |

Defendant, **SHANNON EVANS**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____
Counsel for Defendant

DATED: this 23rd day of May, 2013.

_____
Assistant U.S. Attorney

APPROVED

_____
ROBERT C. JONES
United States Chief District Judge